[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14893

_____

D. C. Docket No. 06-00025 CV-3

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 27, 2008
THOMAS K. KAHN
CLERK

CLIVE BROWN,

Plaintiff-Appellant,

versus

WARDEN MICHAEL PUGH,
FNU MONTFORD,
H.S. Administrator,
FNU ROY, Physician,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(May 27, 2008)**

Before EDMONDSON, Chief Judge, PRYOR, Circuit Judge, and JOHNSON,[*]
District Judge.

_____

[*]Honorable Inge P. Johnson, United States District Judge for the Northern District of Alabama,
sitting by designation.

PER CURIAM:

The judgment is AFFIRMED. <u>See</u> <u>Alba v. Montford</u>, 517 F.3d 1249 (11th Cir. 2008).